# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO.  2020 KW 0079

VERSUS

JOSEPH DUPLANTIS

APR 2 8 2020

---

In Re:  Joseph Duplantis, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 539,506

---

BEFORE:  WHIPPLE, C.J., HIGGINBOTHAM AND PENZATO, JJ.

WRIT DENIED.

VGW
TMH
AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT